# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

WILLIE MUNN,
ADC #80042                                                                                               PLAINTIFF

V.                                          5:12CV00098 BSM/JTR

RAY HOBBS, Director,
Arkansas Department of Correction, et al.                                         DEFENDANTS

## ORDER

On March 13, 2012, Plaintiff filed a *pro se* § 1983 Complaint raising numerous factually and legally unrelated claims. *See* docket entry #2.  On March 27, 2012, the Court struck the Complaint from the record because it was filed in violation of the Federal Rules of Civil Procedure.  *See* docket entry #6.  Additionally, the Court gave Plaintiff thirty days to file a proper Substituted Complaint. *Id.*

On March 29, 2012, Plaintiff filed a Motion seeking permission to sever his unexhausted claims from the properly exhausted claims raised in his original Complaint.  *See* docket entry #8.  The March 27, 2012 Order has made that request moot because Plaintiff has been given the opportunity to file a Substituted Complaint containing factually and legally related claims that have been properly exhausted.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion to Sever (docket entry #8) is DENIED, AS MOOT.

Dated this 10th day of April, 2012.

                                                  _____
                                                  UNITED STATES MAGISTRATE JUDGE